No. 02–7406. WILLEMS *v.* PIMA COUNTY, ARIZONA, BY AND THROUGH ITS BOARD OF SUPERVISORS, ET AL., 537 U. S. 1128. Motion for leave to file petition for rehearing denied.

No. 02–7838. IN SOO CHUN *v.* UWAJIMAYA, INC., 537 U. S. 1176. Motion of petitioner to defer consideration of petition for rehearing denied. Petition for rehearing denied.

### MARCH 25, 2003

No. 02–9738 (02A802). IN RE HOOKER. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–9767 (02A805). MOON *v.* HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

### MARCH 26, 2003

No. 02–9773 (02A811). COLBURN *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–9801 (02A820). COLBURN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.